IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: § 
 §
RICKY M. FARRIS § CASE NO.18-40413
xxx-xx-2579 § CHAPTER 13
1625 Crown Point Dr. §
Frisco, TX 75034 §
 §
 §
LILLIAN FARRIS §
xxx-xx-1234 §
 §
DEBTOR(S) §

RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(A) AS TO 1625 CROWN POINT DRIVE, LITTLE ELM, TEXAS 75034 AND WAIVER OF THE THIRTY DAY REQUIREMENT PURSUANT TO 11 U.S.C. § 362(e)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Ricky M. Farris and Lillian Farris, Debtor herein, filing this Response to Motion of U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST, for Relief from Automatic Stay, and hereby objecting to same, respectfully shows as follows:

1. Debtor(s) admits the allegations of paragraph 1 to 6.

2. Debtor(s) denies the allegations of paragraph 7 to 13.

DATED: September 28, 2020        Respectfully submitted,

          BARRON & CARTER, L.L.P.
          P. O. BOX 1347
          NEDERLAND, TEXAS 77627
          (409) 727-0073

          BY:/s/ Diane S. Carter
             DIANE S. CARTER
             TBA NO. 24043310
             ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

       I hereby certify that on September 28, 2020, a true and correct copy of the above and forgoing Response to Motion of U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST shall be served via electronic means, if available, otherwise by regular, first class mail, to....

**Kristin A. Zilberstein**
Padgett Law Group
5501 LBJ Freeway, Suite 925
Dallas, TX 75240

**Carey D. Ebert**
P. O. Box 941166
Plano, TX 75094-1166

**Ricky & Lillian Farris**
1625 Crown Point Dr.
Frisco, TX 75034

**Chase A Berger**
Ghidotti Berger LLP
600 East John Carpenter Fwy
Ste 175
Irving, TX 75062-3900

**US Trustee**
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

  This service complies with Local Rules of Bankruptcy Procedure 9013(e).

                            /s/ Diane S. Carter
                            DIANE S. CARTER