IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br>RICKY M. FARRIS<br>xxx-xx-2579<br>1625 Crown Point Dr.<br>Frisco, TX 75034<br><br>LILLIAN FARRIS<br>xxx-xx-1234<br>DEBTOR(S) | § CASE NO.18-40413<br>§ CHAPTER 13<br>§<br>§ HEARING ON MOTION FOR RELIEF<br>§ MOTION TO LIFT<br>§ STAY<br>§<br>§ DATE: As set by Court |

## WITNESS/EXHIBIT LIST FOR DEBTOR

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Debtors intends to use the following exhibits in connection with Motion to Lift Stay with U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST.

### I. EXHIBITS

    A.    Order of Confirmation
    B.    Insurance
    C.    Payments made post-petition to Movant, if any
    D.    Payments made to Chapter 13 Trustee
    F.    Payment History to Chapter 13 Trustee
    E.    Schedules I and J

### II. WITNESSES

Debtors intends to use the following witnesses:

    1.    Debtors

Respectfully submitted,

BARRON & CARTER, L.L.P.
P.O. BOX 1347
NEDERLAND, TEXAS 77627
(409) 727-0073

BY:/s/ Diane S. Carter
    DIANE S. CARTER
TBA NO. 24043310
ATTORNEY FOR DEBTORS

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that a copy of the foregoing witness and Exhibit List for Debtors has served upon this September 28, 2020, by U.S. Mail, via electronic means, if available, to the following listed below.

**Kristin A. Zilberstein**
Padgett Law Group
5501 LBJ Freeway, Suite 925
Dallas, TX 75240

**Carey D. Ebert**
P. O. Box 941166
Plano, TX 75094-1166

**Ricky & Lillian Farris**
1625 Crown Point Dr.
Frisco, TX 75034

**Chase A Berger**
Ghidotti Berger LLP
600 East John Carpenter Fwy
Ste 175
Irving, TX 75062-3900

**US Trustee**
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

           /s/ Diane S. Carter
           DIANE S. CARTER