**Fill in this information to identify the case:**

Debtor 1: Ricky M. Farris

Debtor 2 (Spouse, if filing): Lillian Farris

United States Bankruptcy Court for the: Eastern District of Texas (State)

Case number: 18-40413

---

# Form 4100R

# Amended Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 8139

**Property address:** 1625 Crown Point Drive
Little Elm, TX 75034

## Part 2: Prepetition Default Payments

Check one:

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☑ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ 15,646.59

## Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/____ MM/DD/YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ 7,018.67

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ (907.59)

c. **Total**. Add lines a and b.  (c) $ 6,111.08

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 11/01/2020

| Debtor 1 | Ricky M. Farris | Case number (*if known*) 18-40413 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Chase Berger
Signature

Date 02/15/2021

Print: Chase Berger, Esq.
First Name   Middle Name   Last Name

Title: Authorized Agent

Company: Ghidotti Berger, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1920 Old Tustin Avenue
Number   Street

Santa Ana, CA 92705
City   State   ZIP Code

Contact phone (949) 427-2010

Email: bknotifications@ghidottiberger.com



**Payment Changes**

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 4/1/2018 | $825.14 | $623.71 | $1,448.85 | POC |
| 12/1/2019 | $825.14 | $957.47 | $1,782.61 | NOPC |
| 2/1/2020 | $825.14 | $960.26 | $1,785.40 | NOPC |

**Loan Information**

| | |
|---|---|
| Loan # | |
| Borrower | Lillian Farris |
| BK Case # | 18-40413 |
| Date Filed | 3/1/2018 |
| First Post Petition Due Date | 4/1/2018 |
| POC Covers | No POC |

BSI Did Not file a POC. DC filed POC for Mtg Arrears iao $7134.00

| Date | Amount Rcvd | Late Charges Incurred | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | APO Credit | APO Debit | APO Suspense Balance | APO Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/18/2018 | $1,448.85 | | 4/1/2018 | 11/1/2016 | $1,448.85 | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 5/30/2018 | $1,448.85 | | 5/1/2018 | 12/1/2016 | $1,448.85 | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 6/29/2018 | $1,448.85 | | 6/1/2018 | 1/1/2017 | $1,448.85 | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 8/9/2018 | $1,448.85 | | 7/1/2018 | 2/1/2017 | $1,448.85 | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 8/31/2018 | $1,448.85 | | 8/1/2018 | 3/1/2017 | $1,448.85 | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 10/2/2018 | $1,448.85 | | 9/1/2018 | 4/1/2017 | $1,448.85 | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 10/30/2018 | $1,448.85 | | 10/1/2018 | 5/1/2017 | $1,448.85 | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 11/29/2018 | $1,448.85 | | 11/1/2018 | 6/1/2017 | $1,448.85 | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 12/26/2018 | $1,448.85 | | 12/1/2018 | | $1,448.85 | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 12/31/2018 | | Pre-Pet Disb | | | | $0.00 | | | $0.00 | | $173.71 | $173.71 | $173.71 | | | $0.00 | $0.00 | |
| 1/28/2019 | $1,448.85 | | 1/1/2019 | 7/1/2017 | $1,448.85 | $0.00 | | | $0.00 | | | $173.71 | $173.71 | | | $0.00 | $0.00 | |
| 1/30/2019 | | Pre-Pet Disb | | 8/1/2017 | | $0.00 | | | $0.00 | $410.65 | | $584.36 | $584.36 | | | $0.00 | $0.00 | |
| 3/6/2019 | | Pre-Pet Disb | | | | $0.00 | | | $0.00 | $347.67 | | $932.03 | $932.03 | | | $0.00 | $0.00 | |
| 3/6/2019 | $1,448.85 | | 2/1/2019 | 9/1/2017 | $1,448.85 | $0.00 | | | $0.00 | | | $932.03 | $932.03 | | | $0.00 | $0.00 | |
| 3/28/2019 | | Pre-Pet Disb | | 10/1/2017 | | $0.00 | | | $0.00 | $370.56 | | $1,302.59 | $1,302.59 | | | $0.00 | $0.00 | |
| 4/9/2019 | $1,448.85 | | 3/1/2019 | 11/1/2017 | $1,448.85 | $0.00 | | | $0.00 | | | $1,302.59 | $1,302.59 | | | $0.00 | $0.00 | |
| 5/2/2019 | | Pre-Pet Disb | | | | $0.00 | | | $0.00 | $395.14 | | $1,697.73 | $1,697.73 | | | $0.00 | $0.00 | |
| 5/3/2019 | $1,448.85 | | 4/1/2019 | 12/1/2017 | $1,448.85 | $0.00 | | | $0.00 | | | $1,697.73 | $1,697.73 | | | $0.00 | $0.00 | |
| 5/31/2019 | $1,448.85 | | 5/1/2019 | 1/1/2018 | $1,448.85 | $0.00 | | | $0.00 | | | $1,697.73 | $1,697.73 | | | $0.00 | $0.00 | |
| 6/7/2019 | | Pre-Pet Disb | | | | $0.00 | | | $0.00 | $422.21 | | $2,119.94 | $2,119.94 | | | $0.00 | $0.00 | |
| 6/28/2019 | $1,448.85 | | 6/1/2019 | 2/1/2018 | $1,448.85 | $0.00 | | | $0.00 | | | $2,119.94 | $2,119.94 | | | $0.00 | $0.00 | |
| 7/3/2019 | | Pre-Pet Disb | | | | $0.00 | | | $0.00 | $457.79 | | $2,577.73 | $2,577.73 | | | $0.00 | $0.00 | |
| 7/3/2020 | | Pre-Pet Applied | | 3/1/2018 | | $0.00 | | | $0.00 | | $1,448.85 | $1,128.88 | $2,577.73 | | | | | |
| 7/31/2019 | $1,448.85 | | 7/1/2019 | | $1,448.85 | $0.00 | | | $0.00 | | | $1,128.88 | $2,577.73 | | | $0.00 | $0.00 | |
| 7/31/2019 | | Pre-Pet Disb | | | | $0.00 | | | $0.00 | $513.10 | | $1,641.98 | $3,090.83 | | | $0.00 | $0.00 | |
| 8/30/2019 | | Pre-Pet Disb | | | | $0.00 | | | $0.00 | $513.10 | | $2,155.08 | $3,603.93 | | | $0.00 | $0.00 | |
| 8/30/2019 | | Pre-Pet Applied | | 4/1/2018 | | $0.00 | | | $0.00 | | $1,448.85 | $706.23 | $3,603.93 | | | | | |
| 9/6/2019 | $1,448.85 | | 8/1/2019 | 5/1/2018 | $1,448.85 | $0.00 | | | $0.00 | | | $706.23 | $3,603.93 | | | $0.00 | $0.00 | |
| 10/9/2019 | | Pre-Pet Disb | | | | $0.00 | | | $0.00 | $513.10 | | $1,219.33 | $4,117.03 | | | $0.00 | $0.00 | |
| 10/9/2019 | $1,448.85 | | 9/1/2019 | 6/1/2018 | $1,448.85 | $0.00 | | | $0.00 | | | $1,219.33 | $4,117.03 | | | $0.00 | $0.00 | |
| 10/9/2019 | | Pre-Pet Applied | | 7/1/2018 | | $0.00 | | | $0.00 | | $1,448.85 | -$229.52 | $4,117.03 | | | | | |
| 10/31/2019 | $1,448.85 | | 10/1/2019 | 8/1/2018 | $1,448.85 | $0.00 | | | $0.00 | | | -$229.52 | $4,117.03 | | | $0.00 | $0.00 | |
| 11/5/2019 | | Pre-Pet Disb | | | | $0.00 | | | $0.00 | $489.87 | | $260.35 | $4,606.90 | | | $0.00 | $0.00 | |
| 11/26/2019 | | Pre-Pet Disb | | | | $0.00 | | | $0.00 | $489.87 | | $750.22 | $5,096.77 | | | $0.00 | $0.00 | |
| 11/29/2019 | $1,448.85 | | 11/1/2019 | 9/1/2018 | $1,448.85 | $0.00 | | | $0.00 | | | $750.22 | $5,096.77 | | | $0.00 | $0.00 | |
| 11/29/2019 | | Pre-Pet Applied | | 10/1/2018 | | $0.00 | | | $0.00 | | | $750.22 | $5,096.77 | | | | | |
| 12/26/2019 | | Pre-Pet Disb | | | | $0.00 | | | $0.00 | $489.87 | | $1,240.09 | $5,586.64 | | | $0.00 | $0.00 | |
| 1/2/2020 | $1,782.61 | | 12/1/2019 | 11/1/2018 | $1,782.61 | $0.00 | | | $0.00 | | | $1,240.09 | $5,586.64 | | | $0.00 | $0.00 | |
| 1/28/2020 | | Pre-Pet Disb | | | | $0.00 | | | $0.00 | $489.87 | | $1,729.96 | $6,076.51 | | | $0.00 | $0.00 | |
| 2/3/2020 | $1,785.40 | | 1/1/2020 | 12/1/2018 | $1,782.61 | $2.79 | $2.79 | | $2.79 | | | $1,729.96 | $6,076.51 | | | $0.00 | $0.00 | |
| 2/3/2020 | | Pre-Pet Applied | | 1/1/2019 | | $0.00 | | | $2.79 | | $1,364.29 | $365.67 | $6,076.51 | | | $0.00 | $0.00 | |
| 3/6/2020 | | Pre-Pet Disb | | | | $0.00 | | | $2.79 | $489.87 | | $855.54 | $6,566.38 | | | $0.00 | $0.00 | |
| 3/6/2020 | $1,785.40 | | 2/1/2020 | 2/1/2019 | $1,785.40 | $0.00 | | | $2.79 | | | $855.54 | $6,566.38 | | | $0.00 | $0.00 | |
| 3/9/2020 | | Pre-Pet Disb | | | | $0.00 | | | $2.79 | $670.31 | | $1,525.85 | $7,236.69 | | | $0.00 | $0.00 | |
| 3/31/2020 | | Pre-Pet Disb | | | | $0.00 | | | $2.79 | $491.99 | | $2,017.84 | $7,728.68 | | | $0.00 | $0.00 | |
| 4/3/2020 | $1,091.00 | | | | | $1,091.00 | $1,091.00 | | $1,093.79 | | | $2,017.84 | $7,728.68 | | | $0.00 | $0.00 | |
| 4/13/2020 | $695.00 | | 3/1/2020 | 3/1/2019 | $1,785.40 | -$1,090.40 | | $1,090.40 | $3.39 | | | $2,017.84 | $7,728.68 | | | $0.00 | $0.00 | |
| 5/1/2020 | $1,300.00 | | | | | $1,300.00 | $1,300.00 | | $1,303.39 | | | $2,017.84 | $7,728.68 | | | $0.00 | $0.00 | |
| 5/5/2020 | | Pre-Pet Disb | | | | $0.00 | | | $1,303.39 | $75.63 | | $2,093.47 | $7,804.31 | | | $0.00 | $0.00 | |
| 5/12/2020 | $486.00 | | 4/1/2020 | 4/1/2019 | $1,785.40 | -$1,299.40 | | $1,299.40 | $3.99 | | | $2,093.47 | $7,804.31 | | | $0.00 | $0.00 | |
| 6/2/2020 | $1,100.00 | | | | | $1,100.00 | $1,100.00 | | $1,103.99 | | | $2,093.47 | $7,804.31 | | | $0.00 | $0.00 | |
| 6/11/2020 | $686.00 | | 5/1/2020 | 5/1/2019 | $1,785.40 | -$1,099.40 | | $1,099.40 | $4.59 | | | $2,093.47 | $7,804.31 | | | $0.00 | $0.00 | |
| 7/2/2020 | $686.00 | | | | | $686.00 | $686.00 | | $690.59 | | | $2,093.47 | $7,804.31 | | | $0.00 | $0.00 | |
| 7/2/2020 | | Pre-Pet Applied | | 6/1/2019 | | $0.00 | | | $690.59 | | $1,364.29 | $729.18 | $7,804.31 | | | $0.00 | $0.00 | |
| 7/2/2020 | | Pre-Pet Applied | | 7/1/2019 | | $0.00 | | | $690.59 | | $1,364.29 | -$635.11 | $7,804.31 | | | $0.00 | $0.00 | |
| 7/28/2020 | $1,100.00 | | 6/1/2020 | 8/1/2019 | $1,785.40 | -$685.40 | | $685.40 | $5.19 | | | -$635.11 | $7,804.31 | | | $0.00 | $0.00 | |
| 8/4/2020 | $1,000.00 | | | | | $1,000.00 | $1,000.00 | | $1,005.19 | | | -$635.11 | $7,804.31 | | | $0.00 | $0.00 | |
| 8/25/2020 | $786.00 | | 7/1/2020 | 9/1/2019 | $1,785.40 | -$999.40 | | $999.40 | $5.79 | | | -$635.11 | $7,804.31 | | | $0.00 | $0.00 | |
| 9/4/2020 | $900.00 | | | | | $900.00 | $900.00 | | $905.79 | | | -$635.11 | $7,804.31 | | | $0.00 | $0.00 | |
| 9/4/2020 | | Pre-Pet Applied | | 10/1/2019 | | $0.00 | | | $905.79 | | $1,364.29 | -$1,999.40 | $7,804.31 | | | $0.00 | $0.00 | |
| 12/2/2020 | $1,786.00 | | 8/1/2020 | 11/1/2019 | $1,785.40 | $0.60 | $0.60 | | $906.39 | | | -$1,999.40 | $7,804.31 | | | $0.00 | $0.00 | |
| 12/31/2020 | $1,786.00 | | 9/1/2020 | 12/1/2019 | $1,785.40 | $0.60 | $0.60 | | $906.99 | | | -$1,999.40 | $7,804.31 | | | $0.00 | $0.00 | |
| 2/3/2021 | $1,786.00 | | 10/1/2020 | 1/1/2020 | $1,785.40 | $0.60 | $0.60 | | $907.59 | | | -$1,999.40 | $7,804.31 | | | $0.00 | $0.00 | |
| PAST DUE post payments | | | 11/1/2020 | | $1,785.40 | -$1,785.40 | | | $907.59 | | | -$1,999.40 | $7,804.31 | | | $0.00 | $0.00 | |
| | | | 12/1/2020 | | $1,785.40 | -$1,785.40 | | | $907.59 | | | -$1,999.40 | $7,804.31 | | | $0.00 | $0.00 | |
| | | | 1/1/2021 | | $1,785.40 | -$1,785.40 | | | $907.59 | | | -$1,999.40 | $7,804.31 | | | $0.00 | $0.00 | |
| | | | 2/1/2021 | | $1,662.47 | -$1,662.47 | | | $907.59 | | | -$1,999.40 | $7,804.31 | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $907.59 | | | -$1,999.40 | $7,804.31 | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $907.59 | | | -$1,999.40 | $7,804.31 | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $907.59 | | | -$1,999.40 | $7,804.31 | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $907.59 | | | -$1,999.40 | $7,804.31 | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $907.59 | | | -$1,999.40 | $7,804.31 | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $907.59 | | | -$1,999.40 | $7,804.31 | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $907.59 | | | -$1,999.40 | $7,804.31 | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $907.59 | | | -$1,999.40 | $7,804.31 | | | $0.00 | $0.00 | |

Chase A. Berger, Esq. (SBN 24115617)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
bknotifications@ghidottiberger.com

**Attorney for Movant,**
U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 18-40413 |
| | § | |
| **Ricky M. Farris and Lillian Farris,** | § | CHAPTER 13 |
| | § | |
| DEBTORS, | § | CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On February 16, 2021 I served the following documents described as:

- **AMENDED RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Ricky M. Farris<br>1625 Crown Point Dr.<br>Frisco, TX 75034<br><br>**Debtor**<br>Lillian Farris<br>1625 Crown Point Dr.<br>Frisco, TX 75034<br><br>**Debtors' Counsel**<br>Diane S. Barron<br>Barron and Carter, LLP<br>660 N. Central Expy, Ste 101<br>Plano, TX 75074 | **Chapter 13 Trustee**<br>Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166<br><br>**U.S. Trustee**<br>US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave., Suite 300<br>Tyler, TX 75702 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on February 16, 2021 at Santa Ana, California

*/s/ Michaela Rice*
Michaela Rice